MICHAEL W. CARINGI, JR., Respondent, v JEFFREY L. ABBOTT et al., Defendants, and NORTHLAND COMMUNICATIONS GROUP, Appellant. (Action No. 1.) ADA COVEY, as Administratrix of the Estate of RICHARD N. JANICKI, Deceased, Respondent, v JEFFREY L. ABBOTT et al., Defendants, and NORTHLAND COMMUNICATIONS GROUP, Appellant. (Action No. 2.) [720 NYS2d 425] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murad, J. (Appeal from Order of

Supreme Court, Oneida County, Murad, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.